# ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **W & H Systems, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Harmon Stores Inc. | Harmon Stores Inc. | 100563 | $23,275.70 | 3/28/2023 | JC7700 | 2/17/2023 | $11,637.85 |
| Harmon Stores Inc. | Harmon Stores Inc. | 100563 | $23,275.70 | 3/28/2023 | JC7644 | 1/17/2023 | $11,637.85 |
| **Totals:** | | **1 transfer(s),** | **$23,275.70** | | | | |